## Michael Ayala Plaintiff vs. BCA Financial Services, Inc. Defendant

**Broward County Case Number:** COCE21003235
**State Reporting Number:** 062021SC003235AXXXCE
**Court Type:** Civil
**Case Type:** * SC Damages > $500 - $2,500
**Incident Date:** N/A
**Filing Date:** 01/20/2021
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 50 Cohen, Mardi Levey

### Party(ies)

Total: 2

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Ayala, Michael** | | ★ Hindi, Jibrael S Retained Bar ID: 118259 Attn: The Law Offices of Jibrael S Hindi 110 SE 6th ST STE 1744 Fort Lauderdale, FL 33301 **Status: Active** |
| Defendant | **BCA Financial Services, Inc.** | | |

### Disposition(s)

Total: 0

| Date | Statistical Closure(s) | | |
|---|---|---|---|
| Date | Disposition(s) | View | Page(s) |

### Event(s) & Document(s)

Total: 3

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 01/20/2021 | **Civil Cover Sheet** | Amount: $1.00 | 📄 | 3 |
| 01/20/2021 | **eSummons Issuance - Pretrial** | | 📄 | 4 |
| 01/20/2021 | **Statement of Claim (eFiled)** | | 📄 | 5 |

## − Hearing(s)

Total: 1

| Date | Description | Additional Text |
|------|-------------|-----------------|
| 03/02/2021 | **Pretrial Hearing** | Hearing Time: 9:45 AM<br>Judicial Officer(s):50 Cohen, Mardi Levey<br>Location: https://17thflcourts.zoom.us/j/154272965 |

## − Related Case(s)

Total: 0

**There is no related case information available for this case.**

Filing # 119953083 E-Filed 01/20/2021 05:33:44 PM

**FORM 1.997.     CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

_____

**I.      CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Michael Ayala</u>
Plaintiff                                                        Case # _____

                                                                 Judge  _____

vs.
<u>BCA Financial Services, Inc.</u>
Defendant

_____

**II.      AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☒  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☐  over $100,000.00

**III.      TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☒ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

    **IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

    **V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

    <u>1</u>

    **VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
        ☐ yes
        ☒ no

    **VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
        ☒ no
        ☐ yes If "yes," list all related cases by name, case number, and court.

    **VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
        ☒ yes
        ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Thomas John Patti III</u>        Fla. Bar # <u>118377</u>
        Attorney or party                (Bar # if attorney)

<u>Thomas John Patti III</u>        <u>01/20/2021</u>
(type or print name)        Date

# IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
# IN AND FOR BROWARD COUNTY, FLORIDA

Case No.

**MICHAEL AYALA,**

      Plaintiff,

v.

**BCA FINANCIAL SERVICES, INC.,**

      Defendant.

_____/

## STATEMENT OF CLAIM

Plaintiff Michael Ayala ("Plaintiff") sues Defendant BCA Financial Services, Inc. ("Defendant") for violations of the Fair Debt Collection Practices Act ("FDCPA"), and the Florida Consumer Collection Practices Act ("FCCPA").

## JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction over Plaintiff and Defendant (collectively, the "Parties"), because the cause of action arises within the jurisdiction of this Court and, thus, venue and jurisdiction are proper.

2.    This Court has personal jurisdiction over Defendant because Defendant is operating, present, and/or doing business within this jurisdiction and because the complained of conduct of Defendant occurred within Broward County, Florida.

3.    The amount in controversy is greater than $500.00, but does not exceed $2,500.00, exclusive of costs, interest, and attorneys' fees, and is otherwise within this Court's jurisdiction.

4.    Venue of this action is proper in this Court because, pursuant to Fla. Stat. § 47.011, et seq., the cause of action alleged below arose in Broward County Florida.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## PARTIES

5.      Plaintiff is a natural person, and a citizen of the State of Florida, residing in Broward County, Florida.

6.      Defendant is a Florida corporation, with its principal place of business located in Miami, Florida.

## DEMAND FOR JURY TRIAL

7.      Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## FACTUAL ALLEGATIONS

8.      This action relates to the debt arising from a transaction between Broward Urology, the original creditor, and Plaintiff involving the provision of medical services, of which was primarily for the personal benefit of Plaintiff, Plaintiff's family, as well as members of Plaintiff's household (the "Consumer Debt").

9.      Defendant is a business entity engaged in the business of soliciting consumer debts for collection.

10.     Defendant is a business entity engaged in the business of collecting consumer debts.

11.     Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

12.     Defendant is a "consumer collection agency" as defined by Fla. Stat. § 559.55(3).

13.     Defendant is registered as a "Consumer Collection Agency" with the Florida Office of Financial Regulation and Defendant's "Consumer Collection Agency" license number is CCA0900207.

14.     Defendant maintains all the records specified in Rule 69V-180.080, Florida Administrative Code.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

15.     The records specified by Rule 69V-180.080, Florida Administrative Code, of which does Defendant maintain, are current to within one week of the current date.

16.     The Consumer Debt is a "debt" governed by the FDCPA and FCCPA.

17.     Plaintiff is a "consumer" within the meaning of the FDCPA.

18.     Defendant is a "debt collector" as defined by the FDCPA and FCCPA.

19.     On a date better known by Defendant, it began attempting to collect the Consumer Debt from Plaintiff.

20.     On a date better known by Defendant Defendant sent Plaintiff a letter, internally dated October 12, 2020, (the "Collection Letter") in an attempt to collect the Consumer Debt. Attached as Exhibit "A" is a copy of the Collection Letter.

21.     In the Collection Letter, Defendant never disclosed that the Collection Letter is a communication from a debt collector.

22.     In the Collection Letter, Defendant never disclosed that Defendant is a debt collector.

23.     Defendant engaged in activity constituting "any action to collect [a] debt" by sending the Collection Letter to Plaintiff.

24.     The Collection Letter is a communication from Defendant to Plaintiff in connection with the collection of a debt.

25.     The Collection Letter was required to comply with, among other things, the disclosure requirements of 15 U.S.C. § 1692e(11) ("The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector,..").

26.     The Collection Letter does not comply with the mandatory disclosure requirements of 15 U.S.C. § 1692e(11).

27.     Defendant *knew* that, for its (Defendant's) Consumer Collection Agency license (CCA0900207) to remain valid, Defendant was required to conform its collection efforts directed at Florida consumers to be in compliance with the FDCPA.

## COUNT I.
## VIOLATION OF 15 U.S.C. § 1692e(2)(A)

28.     Plaintiff incorporates above-paragraphs 1-27 as though fully stated herein.

29.     Section 1692e(11) of the FDCPA expressly requires debt collectors to disclose in the initial communication that the communication is from a **debt collector** and that any information obtained will be used for debt collection purposes *and* "to disclose in subsequent communications that the communication is from a debt collector," but exempts formal pleadings from those disclosures. *See* 15 U.S.C. § 1692e(11).

30.     As stated above, Defendant mailed the Collection Letter to Plaintiff in an attempt to collect the Consumer Debt; however, the Collection Letter failed to conform to the mandatory disclosure requirements of § 1692e(11) of the FDCPA, *in that*, Defendant completely failed to disclose that it (Defendant) was a debt collector and that the Collection Letter was a communication from a debt collector. *See* Paul v. Syndicated Office Sys., Inc., 2012 WL 12838293 (S.D. Fla. Nov. 29, 2012) (allegations that collection agency did not explicitly disclose that it was a debt collector, but simply stated its name, plausibly stated claim for violation of § 1692e(11)); Manno v. Healthcare Revenue Recovery Group, L.L.C., 289 F.R.D. 674 (S.D. Fla. 2013) (violation even where the recipient independently knew that the caller was a debt collector).

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

31.     As such, by failing to disclose in the Collection Letter that it (Defendant) was a debt collector and/or otherwise disclose that the Collection Letter was a communication from a debt collector, Defendant violated § 1692e(11) of the FDCPA.

32.     WHEREFORE, Plaintiff requests this Court to enter a judgment against Defendant, awarding Plaintiff the following relief:

(a)     Statutory damages as provided by 15 U.S.C. §1692k;

(b)     Costs and reasonable attorneys' fees pursuant to 15 U.S.C. §1692k; and

(c)     Any other relief that this Court deems appropriate under the circumstances.

DATED: January 20, 2021

                                                                Respectfully Submitted,

                                                                 /s/ Jibrael S. Hindi                              .
                                                                **JIBRAEL S. HINDI, ESQ.**
                                                                Florida Bar No.: 118259
                                                                E-mail:     jibrael@jibraellaw.com
                                                                **THOMAS J. PATTI, ESQ.**
                                                                Florida Bar No.: 118377
                                                                E-mail:     tom@jibraellaw.com
                                                                THE LAW OFFICES OF JIBRAEL S. HINDI
                                                                110 SE 6th Street, Suite 1744
                                                                Fort Lauderdale, Florida 33301
                                                                Phone:     954-907-1136
                                                                Fax:     855-529-9540

|  | IN THE COUNTY COURT IN AND FOR BROWARD COUNTY, FLORIDA |
|---|---|

**MICHAEL AYALA**,

        Plaintiff(s),

VERSE

**BCA FINANCIAL SERVICES, INC.**,

        Defendant(s).

_____/

**Case No.**:     COCE-21-003235     

**Judge**:                  

**Division**:              

## SUMMONS/NOTICE TO APPEAR
## PRETRIAL CONFERENCE [REMOTE APPEARANCE]

STATE OF FLORIDA – NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**Plaintiff MICHAEL AYALA**,
*c/o* LAW OFFICES OF JIBRAEL S. HINDI, PLLC, 110 SE 6th Street, 17th Floor, Ft. Lauderdale, FL 33301

**Defendant BCA FINANCIAL SERVICES, INC.**,
*c/o* Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301

> Pretrial Information: Appear at
>
> on 03/02/2021 at 9:45 AM
> in https://17thflcourts.zoom.us/j/154272965.

**IMPORTANT – READ CAREFULLY – THIS CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY.**

**THESE ARE THE THINGS YOU MUST DO:**

**STEP ONE.** Promptly contact Court Mediation Services at Smallclaims@17th.flcourts.org. to schedule your FREE mediation before the Court's neutral mediators in an attempt to resolve you case and/or arrange for a payment plan. [Please provide your name and case number in your email.] If you resolve your case, you will not need to attend the pretrial conference.

**STEP TWO**. If your case does not resolve before the pretrial conference date above, locate the zoom Videoconference information for your assigned division on the attached Zoom link information page or as noted above. You can also locate the Zoom link at **http://www.17th.flcourts.org/judiciary-list-and-category**. (NOTE: Your Division Number is indicated at the very top of this page.) If you do not have an attorney, you may appear by telephone if you do not have access to video appearance through your computer or telephone.

Page 1 of 4

The telephone number is also available for each Division at http://www.17th.flcourts.org/judiciary-list-and-category.

**STEP THREE.** Attend the pretrial conference by Zoom videoconference. The defendant(s) must appear on the date specified above at the assigned time to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**ADDITIONAL INFORMATION**. Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal or a business entity. A principal is defined as being an officer, member, managing member, or partner in the business entity. Written authorization must be filed with the Court prior to the pretrial conference.

The purpose of the pretrial conference is to note your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of the witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long the trial will take.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorneys' fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE:  The law gives the person or company who has sued you the right to file the lawsuit in any one of several places as listed below.  However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue.  A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note was signed or where  the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any 1 or more of the defendants sued reside; (6) any location agreed to in the contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where the payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court at least 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's('s) attorney, if any.

A copy of the statement of claim shall be served with this summons /notice to appear.

Issued on _____ JAN 25 2021 _____.

Filed by: _____

Address: _____

_____

BRENDA D. FORMAN

AS CLERK OF THE COURT

BRENDA D. FORMAN

_____

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

<u>**ZOOM LINK INFORMATION (BROWARD COUNTY)**</u>

<u>**Step 1**</u>: **Locate your division number on the very top of the first page of this Summons**

<u>**Step 2**</u>: **Access via computer the Zoom Link below corresponding to your assigned division number.**

<u>**Step 3**</u>:  **Follow the instructions on your computer screen and select ONE of the audio conference options.  You may join by phone call or by computer audio (speaker and microphone required for computer audio).  Please note that COUNSEL must join by computer audio/video so that you are easily identified.**

<u>**Step 4**</u>:  **If you do not have access to computer video/audio, you may call by telephone:**

**US toll-free numbers (888) 475-4499,**

**(833) 548-0276, (833) 548-0282, or (877) 853-5257**

**When prompted on the telephone for the "Meeting ID," use the 9 to 11-digit code at the end <u>of the division link below.</u>**

**Division 47** https://17thflcourts.zoom.us/j/95687147196

Page 3 of 4

Division 48 https://17thflcourts.zoom.us/j/292953734

Division 49 https://17thflcourts.zoom.us/j/906144255

Division 50 https://17thflcourts.zoom.us/j/154272965

Division 51 https://17thflcourts.zoom.us/j/874680432

Division 52 https://17thflcourts.zoom.us/j/530095888

Division 53 https://17thflcourts.zoom.us/j/401645765

Division 54 https://17thflcourts.zoom.us/j/911872548

Division 55 https://17thflcourts.zoom.us/j/832434674

Division 56 https://17thflcourts.zoom.us/j/121103675

Division 60 https://17thflcourts.zoom.us/j/990901272

Division 61 https://17thflcourts.zoom.us/j/606672692

Division 62 https://17th.flcourts.zoom.us/j/98661669177

Division 70 https://17thflcourts.zoom.us/j/561587919

Division 71 https://17thflcourts.zoom.us/j/294767991

Division 72 https://17thflcourts.zoom.us/j/402362403

Division 73 https://17thflcourts.zoom.us/j/499985495

Division 80 https://17thflcourts.zoom.us/j/489403007

Division 81 https://17thflcourts.zoom.us/j/855034385

Division 82 https://17thflcourts.zoom.us/j/190948749

Division 83 https://17thflcourts.zoom.us/j/684278427